_____

No. 96-2926NE
_____

United States of America,          *
                                    *
            Appellee,               *
                                    *
    v.                              *
                                    *
Leo B. Luetticke,                   *
                                    *
            Appellant.              *

_____                     Appeals from the United States
                                    District Court for the District
No. 96-2931NE                       of Nebraska.
_____
                                            [UNPUBLISHED]
United States of America,          *
                                    *
            Appellee,               *
                                    *
    v.                              *
                                    *
Gary A. Luetticke,                 *
                                    *
            Appellant.              *
                                    _____

               Submitted:  February 10, 1997

                 Filed:  February 21, 1997
                      _____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.
                      _____


PER CURIAM.


     Leo B. Luetticke and Gary A. Luetticke appeal their drug-related
convictions and sentences.  A review of the record shows the Luettickes'
claims are without merit.  The district court did not abuse its discretion
in admitting coconspirator testimony and refusing to grant a mistrial when
it decided to strike parts of the conditionally admitted testimony.
Contrary to the Luettickes' view

about the sufficiency of the evidence, the record contains strong evidence of their guilt.  Finally, we reject the Luettickes' argument that the district court failed properly to determine the offense levels for their sentences.  Because the Luettickes' appeals involve the straightforward application of settled principles of law, an extended discussion of the issues will serve no useful purpose.  Thus, we affirm the Luettickes' convictions and sentences.  <u>See</u> 8th cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.